**United States District Court
Central District of California**

JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 4, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES OF AMERICA,

  Plaintiff/Respondent,

v.

JOSE JESUS PEREZ,

  Defendant/Movant.

Case No. EDCV 17-2436 VAP
(EDCR 13-0087 VAP)

**Judgment
[Doc. No. 1]**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

 **IT IS SO ORDERED.**

Dated: 4/4/19

            Virginia A. Phillips
            Chief United States District Judge